# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOAH NAPARSTECK, personal representative for the ESTATE OF XAVIER SIMMONS, DECEASED, | CIVIL ACTION NO. 3:11-CV-1544 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, LUZERNE COUNTY, CHILDREN AND YOUTH SERVICE OF LUZERNE COUNTY, ELIZABETH LOZOSKY-LAYLO, FRANK CASTANO, ROSE GALLAGHER, ANTHONY LUMBIS, VICTOR J. DROSEY, MARSHA ANN BASCO, BERNARD PODCASY and JENNIFER ROGERS, | |
| Defendants. | |

## ORDER

**NOW**, this 27th day of April, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion for Reconsideration (Doc. 18) is **DENIED**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge